# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEITH A. KREGER | * | |
| *Plaintiff* | * | |
| v. | * | Civil Action No.: |
| FEDEX OFFICE | * | |
| *Defendant* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF REMOVAL**

Petitioner/Defendant, FedEx Office and Print Services, Inc. (improperly identified in the Complaint as "FedEx Office"[1]), by its undersigned attorneys, pursuant to 28 U.S.C. §1441 *et. seq.*, files this Notice of Removal of this action from the Superior Court of the District of Columbia, Civil Division, in which it is now pending, to the United States District Court for the District of Columbia, and in support thereof respectfully avers as follows:

1. "FedEx Office" has been named a Defendant in a suit filed in the Superior Court for the District of Columbia, Case No.: 2017 CA 004327 B. Suit was originally filed on June 22, 2017 and the Petitioner/Defendant FedEx Office and Print Services, Inc. received a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based on June 28, 2017; therefore, removal did not take place more than thirty days after service on the Petitioner/Defendant FedEx Office and Print Services, Inc.

---

[1] "FedEx Office" is a non-existent entity. Petitioner/Defendant is incorporated as FedEx Office and Print Services, Inc. Petitioner/Defendant has advised Plaintiff that it would seek dismissal of the Complaint due to the fact that Plaintiff sued a party that does not exist. Defendant understands that Plaintiff filed an Amended Complaint identifying this moving entity FedEx Office and Print, Inc. as the named Defendant; however, as of the submission of this Notice, FedEx Office and Print, Inc. has not been served with the Amended Complaint. FedEx Office and Print, Inc. filed this Notice of Removal to preserve its right to removal pursuant to 28 U.S.C. §1441 *et. seq.* and expressly reserves its right to seek dismissal of the Complaint served on it on June 28, 2017 on the same basis previously conveyed to Plaintiff (and any other bases which may arise as a result of this transfer and the filing of an Amended Complaint).

2. This action against "FedEx Office" did not commence more than one year before the date of removal because the action was filed in the Superior Court on June 22, 2017.

3. Plaintiff Kreger is a resident of Washington, D.C., residing at 3512 Porter Street, NW, Washington, D.C. 20016.

4. That Petitioner/Defendant FedEx Office and Print Services, Inc. is incorporated in the state of Texas and its principal office is located at 7900 Legacy Drive, Plano Texas 75024.

5. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332. Petitioner/Defendant FedEx Office and Print Services, Inc. seeks to remove this action to this Court under Title 28 U.S.C. §1441.

6. Filed herewith are copies of the original documents served on Petitioner/Defendant FedEx Office and Print Services, Inc. and received on June 28, 2017. The pleadings include: (1) Notice, (2) Summons, (3) Complaint and Jury Demand, (4) Initial Order and Addendum, and (5) Superior Court of the District of Columbia Civil Division Information Sheet, attached hereto as Exhibits 1 through 5 respectively.

7. The above-entitled matter is a civil action in which the Plaintiff seeks compensation against "FedEx Office" for alleged bodily injury.

8. To the extent that Plaintiff has amended his Complaint to correctly identify Petitioner/Defendant FedEx Office and Print Services, Inc., it is entitled to removal because there is complete diversity of citizenship between the Plaintiff and Petitioner/Defendant FedEx Office and Print Services, Inc. and the amount in controversy exceeds $75,000.00. Plaintiffs reside in the District of Columbia, Petitioner/Defendant FedEx Office and Print Services, Inc. is incorporated in the state of Texas and its principal office is located at 7900 Legacy Drive, Plano,

Texas 75024, and Plaintiff's Complaint seeks judgment in an amount in excess of $75,000.00 in compensatory damages.

WHEREFORE, Petitioner/Defendant FedEx Office and Print Services, Inc. respectfully requests that the above-entitled action be removed from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

/s/
Jessica J. Ayd (Bar. No. 1013461)
Franklin & Prokopik
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 752-8700
(410) 752-6868 (fax)
cawkward@fandpnet.com
*Attorneys for Defendant FedEx Office*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July, 2017 a copy of the foregoing Notice of Removal was sent by first class mail, to:

Richard F. Silber, Esq.
RICHARD F. SILBER, PLLC
3221 M Street, NW
Washington, DC 20007
*Attorneys for Plaintiff*

/s/
Jessica J. Ayd